SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>    vs.<br><br>SACRAMENTO KOI, INC., et. al.,<br><br>            Defendants. | Case No.: CIV.S.09-cv-01984 FCD DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SIERRAPINE; ORDER**<br><br>Complaint Filed:  JULY 18, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (SierraPine) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (SierraPine) is dismissed because this Defendant is not a proper party.

Dated: August 15, 2009                                      /s/Scott N. Johnson_____
                                                                                SCOTT N. JOHNSON
                                                                                Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: August 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE