SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:09-cv-01984-FCD-DAD** |
| Plaintiff, | ) **STIPULATION AND ORDER RE REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | ) |
| Sacramento Koi, Inc., et al, | ) |
| Defendants. | ) |

Plaintiff, Scott N. Johnson, and Defendants, Sacramento Koi, Inc., by and through their respective attorneys of record (Scott N. Johnson; Zachary Best) hereby request an extension of time until October 4, 2010 to file dispositional documents for this case. Plaintiff and Defendants are in the process of finalizing a settlement agreement and need longer than the 30 day grace period.

///

STIPULATION AND ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-08-01984-FCD-DAD - 1

Dated:   September 2, 2008                    /s/Scott N. Johnson _____

                                              Scott N. Johnson,

                                              Attorney for Plaintiff


Dated:   September 2, 2008                    /s/Zachary Best _____

                                              Zachary Best,

                                              Attorney for Defendant,

                                              Sacramento Koi, Inc.


**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 4, 2010.

Date: September 3, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE